IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PHILIP FORZAGLIA,

    Plaintiff,

v.                                              No. 23-cv-273-WJ-KRS

THE BOARD OF COUNTY
COMMISSIONERS OF THE COUNTY
OF BERNALILLO, et al.,

    Defendants.

## ORDER TO CURE DEFICIENCIES

This matter is before the Court on Plaintiff's Letter Regarding Civil Rights Claims (Doc. 1) (Letter). Plaintiff is incarcerated and proceeding *pro se*. The Letter indicates Plaintiff wishes to file a 42 U.S.C. § 1983 civil rights complaint. The Clerk's Office mailed a blank civil rights complaint and a blank motion to proceed *in forma pauperis* to Plaintiff on March 31, 2023. Plaintiff must return the completed civil rights complaint within thirty (30) days of entry of this Order. By the same deadline, Plaintiff must also prepay the $402 filing fee or, alternatively, file a motion to proceed *in forma pauperis* along with an inmate account statement reflecting transactions between September 30, 2022 and March 31, 2023. The failure to timely comply with both directives will result in dismissal of this case without further notice.

**IT IS ORDERED** that within thirty (30) days, Plaintiff must: (1) file a complaint; and (2) prepay the $402 filing fee or submit an *in forma pauperis* motion that attaches an account statement reflecting transactions between September 30, 2022 and March 31, 2023.

_____
UNITED STATES MAGISTRATE JUDGE