IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PHILIP FORZAGLIA,

    Plaintiff,

v.                                                    No. 23-cv-273-WJ-KRS

THE BOARD OF COUNTY
COMMISSIONERS OF THE COUNTY
OF BERNALILLO, et al.,

    Defendants.

## ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte* upon review of the docket.

On June 23, 2023, the Court entered an Order to Cure Deficiencies, requiring Plaintiff to file a proper prisoner civil rights complaint and address the filing fee within thirty days. A copy of the order mailed to Plaintiff at his address of record (the Bernalillo County Metropolitan Detention Center ("MDC")) was returned as undeliverable. The MDC website shows that Plaintiff is no longer in custody, but he has not provided a current address as required by D.N.M. LR-Civ. 83.6. *See* https://gtlinterface.bernco.gov/custodylist/ (last visited July 28, 2023).

**IT IS THEREFORE ORDERED** that within thirty (30) days of entry of this Order, Plaintiff shall notify the Clerk in writing of his new address or show cause why this action should not be dismissed. The failure to timely comply will result in dismissal without further notice.

_____
UNITED STATES MAGISTRATE JUDGE